JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Arbitration between | Case No.: 2:09-cv-04106 AHM (VBKx) |
| FUND RAISING, INC. | **JUDGMENT** |
| Petitioner, | |
| vs. | **Hon. A. Howard Matz** |
| ALASKANS FOR CLEAN WATER, INC., RENEWABLE RESOURCES COALITION, INC., RENEWABLLE RESOURCES FOUNDATION, HACKNEY & HACKNEY, INC., ARTHUR HACKNEY, and ROBERT GILLAM, | |
| Respondents. | |

This action commenced with a Petition by Fund Raising Inc. for an order compelling certain respondents to a contractual arbitration. The Court ruled on that petition, and the matter proceeded to arbitration before Hon. G. Keith Wisot, Judge of the Superior Court (Ret.), acting as arbitrator, in JAMS Reference No.

1210027538. Judge Wisot issued a Final Arbitration Award on January 6, 2012, which award was filed in this matter on January 10, 2012 (Document 86).

Fund Raising Inc. brought in this action a motion to vacate the arbitration award, and the prevailing parties in the arbitration proceeding responded with a cross-motion to confirm the award. The two motions were heard on June 25, 2012 and ruled on by order entered June 26, 2012 (Document 96). For the reasons set forth in that order, the motion by Petitioner Fund Raising Inc. to vacate the arbitration award is DENIED, and the cross-motion brought by Respondents Renewable Resources Coalition, Inc., Renewable Resources Foundation, Inc., Alaskans For Clean Water, Inc., Art Hackney, and Hackney & Hackney, Inc. to confirm the award is GRANTED. The final arbitration award is CONFIRMED by this Court. Accordingly:

Claimant in arbitration Fund Raising, Inc. shall take nothing on its claims against Respondents Renewable Resources Coalition, Inc., Renewable Resources Foundation, Inc., Alaskans For Clean Water, Inc., Art Hackney, and Hackney & Hackney, Inc.

Counter-Claimant in arbitration Renewable Resources Coalition Inc., on its Counter-Claim, shall recover the amount of $3,257,954.00 from Fund Raising, Inc.

Counter-Claimants in arbitration Arthur Hackney and Hackney & Hackney Inc., on their Counter-Claim, shall jointly recover the single amount of $5,631,659.02 from Fund Raising, Inc.

**IT IS SO ORDERED.**

Dated: July 31, 2012   _____

United States District Judge

JS-6